ORIGINAL

✓ Priority
✓ Send
___ Clsd
___ Enter
___ JS-5/JS-6
___ JS-2/JS-3



FILED
CLERK, U.S. DISTRICT COURT

JUN - 2 2003

CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLAVIA GROUP, INC., | Case No. CV 03-01796-RMT |
| Plaintiff, | ORDER VACATING HEARING ON MOTION |
| vs. | |
| KINKO'S, INC., | |
| Defendant. | |

ENTER ON ICMS

JUN -2 2003

On May 28, 2003, American Greetings Corporation and Gibson Greetings, Inc having filed a motion for an order permitting them to intervene as plaintiffs pursuant to Rule 24(a) or, alternatively, Rule 24(b) of the Federal Rules of Civil Procedure, noticed for hearing on June 23, 2003,

IT IS ORDERED THAT THE HEARING IS HEREBY VACATED. The date by which opposition or statement of non-opposition is due to be filed, June 9, 2003, and the date by which reply is due to be filed, June 16, 2003, shall remain as set by the Local Rules, and are not changed by this order. On or about June 30, 2003, the court shall issue either (a) a ruling, or (b) an order requiring further briefing and/or setting the matter for oral argument.

IT IS FURTHER ORDERED that proposed intervenors shall lodge and serve, forthwith, their proposed complaint-in-intervention. Whereas the proposed

44

1 | complaint attached as Exhibit A to the motion does not contain the proper caption,
2 | proposed intervenors are advised that their proposed complaint-in-intervention should
3 | contain the proper caption.
4 |     IT IS FURTHER ORDERED that the moving party shall serve a copy of this
5 | order forthwith and file a proof of service. THERE WILL BE SANCTIONS FOR FAILURE
6 | TO COMPLY WITH THIS ORDER.
7 | Dated: May 30, 2003

*[signature]*

ROBERT M. TAKASUGI
United States District Sr. Judge

2