ORIGINAL 

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No.  **CV 03-01796 RMT (Mcx)**           Date:  June 9, 2003

Title:  **Flavia Group, Inc., v. Kinko's Inc,**

========================================================================
PRESENT:

    THE HONORABLE ROBERT M. TAKASUGI, US DISTRICT JUDGE

| Victor Paul Cruz | Donna FitzSimons |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:      ATTORNEYS PRESENT FOR DEFENDANTS:

  Martin G. Rosen                           Martin K. Denister
  William E. Ireland

PROCEEDINGS: **Plaintiff's motion for preliminary injunction**

    Hearing held. Counsel argue. Motion for preliminary injunction is granted. The Court sets bond at $5,000. Plaintiff's counsel shall prepare proposed order.

```
___ Priority
_✓_ Send
___ Clsd
___ Enter
___ JS-5/JS-6
___ JS-2/JS-3
```

MINITES FORM 11                              Initials of Deputy Clerk **vpc**
CIVIL - GEN

JUN 11 2003

49